### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**JOAN FOX and FREDRICK L. TIDWELL, SR.**                                    **PLAINTIFFS**

**V.**                                                  **CAUSE NUMBER: 4:25-cv-174-JDM-JMV**

**SAFE SECURITY, INC, JUDGE VINCE
MARASCALCO, ALBERT C. BRITT, and
DAVID DAIGNEAULT**                                                    **DEFENDANTS**

### <u>ORDER</u>

Plaintiffs Fredrick L. Tidwell, Sr. and Joan Fox filed four separate lawsuits against the defendants in this case. Because the four lawsuits involved common questions of law or fact, the Court consolidated them into this action. [5] After consolidating the cases, the Magistrate Judge granted Tidwell's and Fox's motions to proceed in forma pauperis. [15] But that order also recommended dismissing each of the four complaints under 28 U.S.C. § 1915(e)(2)(B) for failure to properly assert a basis for subject matter jurisdiction.

After the Magistrate Judge recommended dismissal, Tidwell and Fox timely objected to the report and recommendation (R&R). [16] They also filed an amended complaint.[1] [17] The Magistrate Judge reviewed the amended complaint and again recommended dismissal. [19] This second R&R found Tidwell and Fox's amended complaint failed to state a claim upon which relief can be granted. Tidwell and Fox objected to the basis of the second R&R. [20] Alternatively, they asked for leave to amend the complaint. Tidwell and Fox also moved to reject the second R&R. [21]

---

[1] The original complaints named Safe Security, Inc., Judge Vince Marascalco, Albert C. Britt, and David Daigneault as defendants. The amended complaint did not name Daigneault. So he is no longer a party to this action.

This Court has considered the Magistrate Judge's R&Rs, Tidwell and Fox's objections, and their motion to reject the second R&R. After review, considering precedent advising leniency be afforded to pro se litigants, this Court declines to adopt the Magistrate Judge's R&Rs. Instead, the Court grants Tidwell and Fox's alternative request that they be allowed an opportunity to amend their complaint. Notably, the Magistrate Judge did not have the benefit of Tidwell and Fox's latest objections when the second R&R recommended dismissal.

Tidwell and Fox shall file a second amended complaint within fourteen (14) days of the date of this order. They are directed to include specific facts addressing the previously raised legal issues.

THEREFORE, IT IS ORDERED that the adoption of the Magistrate Judge's second Report and Recommendation [19] is **DECLINED**. The Magistrate Judge's first Report and Recommendation [15] is **DISMISSED as moot**. Further, Tidwell and Fox's Motion to Reject the Magistrate Judge's Report and Recommendation [21] is **DISMISSED as moot**.

 **SO ORDERED**, this the 17th day of March, 2026.

 /s/ James D. Maxwell II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI